**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re:  Shelly Ann Woodfolk-Benton                          Case #: 04-65625
       4156 Nipigon Drive
       Columbus, Ohio 43207

                                                  Judge: Charles M. Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: May 25, 2010                                    /s/ Frank M. Pees
                                                              Frank M. Pees
                                                              Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| Shelly Ann Woodfolk-Benton<br>4156 Nipigon Drive<br>Columbus, Ohio 43207 | $0.21 |